IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR378** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARCO A. COVARRUBIAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue the deadline to object to the PSR (Filing No. 79).

On May 23, 2006, the Court issued the Order on Sentencing Schedule. The deadline for initial objections to the Presentence Investigation Report was July 7, 2006. The final version of the PSR was submitted to the Court pursuant to the sentencing schedule. The deadline for filing unresolved objections with the Court was July 24, 2006. (Filing No. 62.) On July 24, 2006, defense counsel moved to continue the deadline for filing objections to the PSR until August 7, 2006, for the reason that his trial preparation in state court "prevented the parties from being able to meet and devote enough time to adequately evaluate the need for objections." (Filing No. 79.)

The deadline for initial objections was July 7, 2006. Objections filed after the final PSR has been prepared and delivered to the Court are not evaluated by the probation officer in the PSR. The probation officer's assessment of the objections often benefits the Court. The motion, which apparently seeks to extend the deadline to object to the PSR, was filed more than two weeks out of time, and the motion does not include information

showing cause for the delay, or the need an extension of the time to file initial objections in the interest of justice. Accordingly, the motion will be denied.

IT IS ORDERED that the Defendant's motion to continue the deadline to object to the PSR (Filing No. 79) is denied.

DATED this 26th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge